# EXHIBIT A



Alliance
Ventures

23440 Hawthorne Blvd., Suite 290, Torrance, CA 90505

This Term Sheet ("Term Sheet") dated as of the 25th day of October, 2012 summarizes the principal terms of financing (the "Transaction") for ASG II, LLC, located at _____ by **Alliance Ventures** located at 23440 Hawthorne Blvd., Suite 290, Torrance CA 90505 (hereinafter referred to as "AV"). The terms set forth herein are conditional and may be subject to change if requirements set forth are not met or if any occurences of material adverse events of ASG transpire.

**Transaction Terms:**

**Financing Amount :** A principal amount of **$3,507,992USD (Three million, Five hundred seven thousand nine hundred ninety two Dollars USD)** to be provided by AV to ASG for the purpose of financing the ASG II, LLC.
**Interest Rate:** 6% (Six Percent) per annum (Cumulative Interest). 10 points on budget amount $304,800. Total Borrowed $3,507,992 USD.

**Term of Loan Transaction:** (i) Three (3) years. (ii) terms under which ASG II, LLC would be entitled to extend the loan for up to an additional One (1) year.

**Equity Requirements:** 4.25% contribution ($129,540.00 less $20,000.00 paid = $109,540.00 balance due and immediately available.

**Structure of Loan:** 3 year interest only deferred payment balloon.

**Payment Options:** (i) Interest only accrued on the principle amount(s) (as set forth in an amortization schedule to be provided prior to closing) borrowed by ASG II, LLC, such interest to be paid annually, plus payment of the outstanding principle amount (including any balloon payments assessed on such outstanding principle amount) due at expiration or maturity of the three (3) year note evidencing the Loan Financing Amount ("note").

**Disbursements:** The loan proceeds will be disbursed at the time of loan closing. ASG II, LLC will open a brokerage account on the Nirvana Analytics platform where loan proceeds will be deposited at the time of closing.

**Funds Control:** Disbursements of loan proceeds will be made based upon ~~percentage of~~ ~~project completion for construction related costs and by invoice and evidence of payment~~ ~~for owner related costs.~~ ATTACHED DRAW Schedule EXHIBIT A

Alliance Ventures
ASGII, LLC



Alliance
Ventures

23440 Hawthorne Blvd., Suite 290, Torrance, CA 90505

**Professional Fees**:  Developer, Contractor, Architectural, and other Professional Fees are subject to industry standards and Alliance Ventures underwriting requirements.

**Administrative Fees**:   ASGII, LLC shall pay a Two Percent (2%) administrative fee to Nirvana Analytics per year until the repayment of all outstanding debt.

**Risk Management**:  ASGII, LLC shall provide to Alliance Ventures full disclosure about any material changes, including but not limited to, any information pertinent to risk of completion of development of intellectual property, force majeure and potential loss of contracts with third parties.

**Legal Documentation**:  To be provided as soon as practicably possible upon execution of this Term Sheet by both parties.

**Financing Reporting**:  Throughout the course of the Loan, and until the Loan is fully and completely paid, ASGII, LLC agrees to provide financial information, tax returns, with respect to ASGII, LLC financial condition and operation as ASGII, LLC may from time to time request, and report any and all changes in accounting methods.  ASGII, LLC will analyze the financial statements provided to identify significant changes, vacancy, rental rates, and debt service coverage.

**Closing Date**:  The closing for the project will occur within 30 New York banking days or sooner if practicable following ASGII, LLC execution of this term sheet.

**Expiration Date**:  Unless this term sheet is accepted by ASGII, LLC and received by Alliance Ventures prior to 5:00p.m., Eastern Standard Time,  November 2, 2012, the offer of ASGII, LLC to make the Loan described herein shall expire on such date.

Alliance Ventures
ASGII, LLC

EXHIBIT A

15



IN WITNESS WHEREOF, the undersigned Parties each acknowledge this Term Sheet to be a commercial contract. The undersigned Parties therefore have completed, read, fully understand and agree to the equity created by the provisions set forth herein.

Entered on behalf of Jokerface Ventures

Gene Maillard

Title: CEO

Date: 10/24/12

Joe Veronesi

Firm: Icon 7, LLC

Date: 10/24/12

# EXHIBIT B

 Alliance Ventures

23440 Hawthorne Blvd., Suite 290, Torrance, CA 90505

This Term Sheet ("Term Sheet") dated as of the 24th day of October, 2013 summarizes the principal terms of financing (the "Transaction") for ASG II, LLC (Hereinafter referred to as "ASG") located at Mountville Rd, Frederick, MD 21704 by Alliance Ventures located at 23440 Hawthorne Blvd. Suite 290, Torrance, CA 90505 (hereinafter referred to as "AV"). The terms set forth are conditional and may be subject to change if requirements set forth are not met or if any occurrences of material adverse events of ASG transpire.

**Transaction Terms:**

**Financing Amount:**  A principal amount of $3,507,992USD (Three Million Five Hundred Seven Thousand Nine Hundred Ninety Two USD) to be provided by AV to ASG for the sole purpose of financing the ASG project.

**Interest Rate:**  6% (Six Percent) per annum (Cumulative Interest). 10 Points on Budget amount $304,800. Total Borrowed $3,507,992USD.

**Term of L:oan Transaction:** (i) Three (3) years, ii terms of which ASG would be entitled to extend the loan for up to an additional One (1) year period.

**Equity Requirements:**  4.25% contribution, $129,540.00 less $20,000.00 paid = $109,540.00 balance due and immediately available.

**Structure of Loan:** 3 year interest only deferred payment balloon.

**Payment Options:** (i) Interest only accrued on the principal amount(s) (as set forth in an amortization schedule to be provided at closing) borrowed by ASG, such interest to be paid annually, plus payment of the outstanding principal amount (including any balloon payments assessed on such outstanding principal amount) due at expiration or maturity of the Three (3) year note evidencing the Loan Financing Amount ("Note").

**Disbursements:** The loan proceeds will be disbursed to ASG via Wire Transfer at the time of closing.

**Funds Control:** Disbursments of loam proceeds will be made based upon the attached draw schedule "Exhibit A").

**Professional Fees:** Developer, Contractor, Architectural, and other professional fees are subject to industry standards and AV underwriting requirements.



Alliance
Ventures

23440 Hawthorne Blvd., Suite 290, Torrance, CA 90505

**Administrative Fees:**  Two (2) percent per annum payable to Alliance Ventures or its designee.

**Risk Management**: ASG shall provide to AV full disclosure about any material changes, including but not limited to, any information pertinent to risk of completion, of development of intellectual property, force majeure and potential loss of contracts with third parties.

**Legal Documentation:**  To be provided as soon as practicably possible upon execution of this term sheet by both parties.

**Financing Reporting:**  Throughout the course of the loan and until the loan is fully and completely paid, ASG agrees to provide financial information and/or tax returns with respect to ASG financial condition and operation of ASG as may me requested by AV and shall report any and all changes in accounting methods. ASG will analyze the financial statements provided to identify any significant changes.

**Closing Date:**  The closing of the project will occur within 30 US banking days or sooner if practicable following the execution of this term sheet.

**Expiration Date:**  Unless this term sheet is accepted by ASG and received by AV prior to 5pm EST 30 days after date of term sheet, the offer of the loan shall expire.

IN WITNESS WHEREOF, THE UNDERSIGNED PARTIES ACKNOWLEDGE THIS Term Sheet to be a commercial contract. The undersigned parties therefore have completed, read and fully understand and agree to be legally bound by the provisions set forth herein.

For and on behalf of Alliance Ventures          For and on behalf of ASG II, LLC


Eugene Maillard                                 Joseph L. Venezia
CEO                                             Member of LLC
Date: 10/24/13                                  Date: 10/24/13

# EXHIBIT C

## AGREEMENT

This Agreement is made as of the date set forth below by and between ALLIANCE VENTURES ("Alliance"), and ALEXANDER STRATEGIES GROUP II, LLC (hereinafter "ASG"), for the following uses and purposes:

### *R E C I T A L S:*

A.      Alliance and ASG have previously entered into that certain Term Sheet dated October 24, 2013 (the "Original Term Sheet"), pursuant to which Alliance agreed to provide financing to ASG in the amount of $3,507,992.00 (the "ASG Financing"), upon certain terms and conditions set forth therein.

B.      Alliance has now requested ASG to sign an amended term sheet (the "Amended Term Sheet"), pursuant to which the terms for the ASG Financing are modified, and which modified terms include a requirement that ASG pay to Alliance, upon execution of the Amended Term Sheet, an amount equal to 3% of the financed amount (2% as an administrative fee, and 1% for professional fees), which amount equals $105,240.00 (the "Additional Upfront Fees").

C.      ASG has agreed to pay the Additional Upfront Fees to Alliance, upon and subject to the terms, representations and warranties set forth herein below.

NOW, THEREFORE, in consideration of the premises, and other good and valuable consideration, and to induce ASG to pay the additional upfront fees to Alliance, Alliance and ASG hereby covenant and agree as follows:

1.      **Initial Upfront Fee.**  Pursuant to the terms of the Original Term Sheet, ASG has previously delivered to Alliance an equity contribution (the "Initial Upfront Fee"), in the amount of 4.25% of the ASG Financing ($129,450.00), which payment is hereby acknowledged by Alliance.  In the event the ASG Financing is not funded in accordance with the terms of this Agreement, the Initial Upfront Fee shall be refunded by Alliance to ASG within five (5) business days.

2.      **Additional Upfront Fees.**

A.      ASG shall, upon execution of this Agreement, deposit the sum of $105,240.00 (the "Escrowed Funds"), with Richard M. Colbert, PLLC (the "Escrow Agent").  Escrow Agent shall disburse the Escrowed Funds as follows: (i) to Alliance in

1

EXHIBIT C
19

payment of the Additional Upfront Fees, upon execution of the Amended Term Sheet; or (ii) in the event the Amended Term Sheet is not executed within fifteen (15) days from the effective date of this Agreement, to ASG.

B.      In connection with holding the Escrowed Funds, Escrow Agent shall not incur any liability to anyone for any damages, losses or expenses, except for willful default or breach of trust, and shall accordingly not incur any such liability with respect to: (i) any action taken or omitted in good faith; or (ii) any action taken or omitted in reliance upon instruction or certification, including any written notice or instruction relating to this Agreement. Alliance and ASG each hereby agree to indemnify and hold harmless Escrow Agent, against any and all loss, liability, claims, demands, damages, actions, causes of action, and suits which may be imposed in connection with the performance of their duties hereunder.

C.      In the event of a dispute between or among the parties hereto or any parties otherwise having an interest in the Escrowed Funds, sufficient in the sole discretion of Escrow Agent to justify doing so, Escrow Agent shall be entitled (but shall incur no liability for failure to do so), to tender into the registry or custody of any court of competent jurisdiction, all amounts held as Escrowed Funds, together with such legal pleadings or other documents as Escrow Agent may deem appropriate, and thereupon Escrow Agent shall be discharged from all further liabilities under this Agreement.

3.      **Representations and Warranties**.   Alliance hereby represents and warrants to ASG as follows:

A.      The funds necessary to fund all eight (8) projects within the funding tranche that includes the ASG project, are on deposit in a United States chartered bank in the control of Alliance;

B.      All preconditions, contingencies and terms have been satisfied for funding the eight (8) projects within the funding tranche which includes the ASG project, and are ready to be funded immediately; and

C.      The ASG Financing will be disbursed to ASG not later than ten (10) business days after the execution of the Amended Term Sheet, and the receipt by Alliance of the Additional Upfront Fees, without any further conditions, terms or delays.

4.      **Notice**.   Any notice, election, or other communication required or permitted hereunder shall be in writing and shall be either: (i) delivered in person to the following named parties, (ii) sent by same day or overnight courier service, or (iii) sent by certified or registered United States mail, return receipt requested, postage and charges prepaid, to the following addresses:

ALLIANCE:          ALLIANCE VENTURES
                   23440 Hawthorne Boulevard, Suite 290
                   Torrance, California 90505
                   Attn: Eugene Maillard, Chief Executive Officer

2

EXHIBIT C
20

ASG:            ALEXANDER STRATEGIES GROUP II, LLC
6336 Claridge Drive North
Frederick, MD 21701
Attn: Joseph L. Venezia, Manager

ESCROW AGENT:  RICHARD M. COLBERT, PLLC
2717 Gulf Breeze Parkway
Gulf Breeze, Florida 32563
Attn: Richard M. Colbert, Esq.

Any notice, election, or other communication delivered or mailed as aforesaid shall, if delivered in person, be effective upon date of delivery, if couriered by same day or overnight delivery service be effective on the date of delivery to such address or addresses regardless if accepted, and if mailed, such notice shall be effective upon date of actual receipt or on the third (3rd) calendar day subsequent to date of postmark, whichever is earlier. Each party hereto may change its address and addressee for notice, election, and other communication from time to time by notifying the other parties hereto of the new address and addressee in the manner provided for giving notice herein. Any notice shall be deemed given if provided as aforesaid to any of the above named attorneys and if to the above named parties, regardless if accepted or rejected.

     5.    **General.**  All rights, powers and privileges herein reserved and given to either party shall inure to the benefit of and be held by the respective successors, heirs and assigns of the parties hereto, and likewise, all liabilities and obligations imposed upon each shall be binding upon the respective successors, heirs and assigns of the parties hereto. Time is of the essence of this Agreement. This Agreement constitutes the entire Agreement of the parties and may not be amended except by written instrument executed by all parties hereto. The provisions of this Agreement are intended to be independent, and in the event any provision hereof shall be declared by a court of competent jurisdiction to be illegal or invalid for any reason whatsoever, such illegality or invalidity shall not affect the remainder of this Agreement. The paragraph headings are inserted for convenience only and are in no way intended to describe, interpret, define or limit the scope or content of this Agreement or any provision hereof. In connection with any litigation, including appellate proceedings, arising out of this Agreement, the prevailing party shall be entitled to recover reasonable attorney's fees and costs. No prior or present Agreements or representations shall be binding upon any of the parties hereto unless incorporated in this Agreement. No modification or change of this Agreement shall be valid or binding upon the parties unless in writing, executed by the parties to be bound thereby.

3

EXHIBIT C
21

IN WITNESS WHEREOF, ASG and Alliance have executed this Agreement effective as of this **14** day of March, 2014.

ALLIANCE VENTURES

By: _____

EUGENE MAILLARD

Its: Chief Executive Officer

ALEXANDER STRATEGIES GROUP II, LLC

By: _____

JOSEPH I. VENEZIA

Its: Manager

ESCROW AGENT:

RICHARD M. COLBERT, PLLC,

a Florida limited liability company

By: _____

RICHARD M. COLBERT

Its: Manager

4

EXHIBIT C
22

## GUARANTY

For good and valuable consideration, and to induce ASG to enter into this Agreement, and pay the Additional Upfront Fees to Alliance, Eugene Maillard hereby ratifies and confirms the representations and warranties of Alliance set forth in Paragraph 2 of the Agreement, and guarantees the performance of the obligations of Alliance in this Agreement.

IN WITNESS WHEREOF, Eugene Maillard has signed and sealed this guaranty effective as of this _10_ day of March, 2014.

_____
EUGENE MAILLARD

5

EXHIBIT C
23

# EXHIBIT D



**Alliance Ventures**

23440 Hawthorne Blvd., Suite 290, Torrance, CA 90505

This Term Sheet ("Term Sheet") dated as of the 25th day of February, 2014 summarizes the principal terms of financing (the "Transaction") for ASG II, LLC (Hereinafter referred to as "ASG") located at Mountville Rd, Frederick, MD 21704 by Alliance Ventures located at 23440 Hawthorne Blvd. Suite 290, Torrance, CA 90505 (hereinafter referred to as "AV"). The terms set forth are conditional and may be subject to change if requirements set forth are not met or if any occurrences of material adverse events of ASG transpire.

**Transaction Terms:**

**Financing Amount:**  A principal amount of $3,507,992USD (Three Million Five Hundred Seven Thousand Nine Hundred Ninety Two USD) to be provided by AV to ASG for the sole purpose of financing the ASG project.

**Interest Rate:**  6% (Six Percent) per annum (Cumulative Interest). 10 Points on Budget amount $304,800. Total Borrowed $3,507,992USD.

**Term of L:oan Transaction:** (i) Three (3) years, ii terms of which ASG would be entitled to extend the loan for up to an additional One (1) year period.

**Equity Requirements:**  4.25% contribution, $129,540.00 *has been paid in full*.

**Structure of Loan:** 3 year interest only deferred payment balloon.

**Payment Options:** (i) Interest only accrued on the principal amount(s) (as set forth in an amortization schedule to be provided at closing) borrowed by ASG, such interest to be paid annually, plus payment of the outstanding principal amount (including any balloon payments assessed on such outstanding principal amount) due at expiration or maturity of the Three (3) year note evidencing the Loan Financing Amount ("Note").

**Disbursements:** The loan proceeds will be disbursed to ASG via Wire Transfer at the time of closing.

**Funds Control:** Disbursments of loan proceeds will be made based upon the attached draw schedule "Exhibit A" or in lump sum at the discretion of AV.

**Professional Fees:**  An amount equal to One Percent (1%) of the total loan shall be paid to AV for the underwriting fees associated with the Transaction, subject to industry standards and AV underwriting requirements.

EXHIBIT D
24



**Alliance Ventures**

23440 Hawthorne Blvd., Suite 290, Torrance, CA 90505

**Administrative Fees:**   Two (2) percent per annum payable to Alliance Ventures or its designee.

**Risk Management**: ASG shall provide to AV full disclosure about any material changes, including but not limited to, any information pertinent to risk of completion, of development of intellectual property, force majeure and potential loss of contracts with third parties.

**Legal Documentation:**   To be provided as soon as practicably possible upon execution of this term sheet by both parties.

**Financing Reporting:**   Throughout the course of the loan and until the loan is fully and completely paid, ASG agrees to provide financial information and/or tax returns with respect to ASG financial condition and operation of ASG as may me requested by AV and shall report any and all changes in accounting methods. ASG will analyze the financial statements provided to identify any significant changes.

**Closing Date:**   The closing of the project will occur within 10 US banking days from the date of this letter or sooner if practicable.

**Expiration Date:**   Unless this term sheet is accepted by ASG and received by AV prior to 5pm EST 30 days after date of term sheet, the offer of the loan shall expire.

IN WITNESS WHEREOF, THE UNDERSIGNED PARTIES ACKNOWLEDGE THIS Term Sheet to be a commercial contract. The undersigned parties therefore have read, fully understand and agree to be legally bound by the provisions set forth herein.

For and on behalf of Alliance Ventures           For and on behalf of ASG II, LLC

_____           _____
Eugene Maillard                                              Joseph L. Venezia
CEO                                                                Member of LLC
Date: 2/25/14                                                   Date: 3/25/14

3/14/14                                                          3/14/14

# EXHIBIT E

**Law Office**

of

**Cristopher G. Sabol**

+ 1 323 383 1155  USA mobile
+ 971 55 485 0817 UAE mobile

sabolesq@gmail.com
cris@cristophersabol.com

7985 Santa Monica Blvd., Ste. 109-80
West Hollywood, CA 90046
**+1 323 856 1155 office**

5 June 2014

<u>**SENT VIA EMAIL**</u>
Mr. Joseph L. Venezio
Managing Member
ASG, II, LLC
6336 Claridge Drive N.
Frederick, MD 21701
Tel. No.: 240.422.6200
Email: jlvenezia@me.com

*Re: Verto AL 1*

This letter addresses funding to be made available by my client New Age Innovations, LLC d/b/a Alliance Ventures, represented by Gene Maillard, to and for ASG, II, LLC, represented by Mr. Venezio in regards to the project titled Verto AL 1.

My client has authorized me to re-direct funds allocated for another project to an account designated by Mr. Venezio, per the option selected by Mr. Venezio:

      <u>     </u>   [ ] Option 1
      initials
- (i) $25,000 within a few days and (ii) the remainder of the funding for the project or unraveling of the project within 2 or 3 months

      <u>     </u>   [✓] Option 2
      initials
- $234,780 plus interest when the below-described funding posts in the U.S.

The subject funds are in customs in Europe.  The funds have been cleared for collection and a local bank account established to receive the funds.  The collection date is set for Monday, 2 June 2014. The funds are expected to clear the account on Wednesday, 4 June 2014, thereby available for transfer to my Bank of America attorney-client trust. This being the initial transfer between the European account and my trust account, there may be a delay of 1-4 days while the funds clear U.S. banking and Patriot Act review.  Once the funds clear my attorney-client trust account, I will instruct Bank of America to transfer the requested amount to the bank account(s) designated by Mr. Venezio. The transfer of fund from my trust account to the bank account nominated by Mr. Venezio is estimated at 1 day.  Thus, according to this schedule, you should project receiving the subject funds between 6 and 12 June 2014.

Sincerely,

Cristopher G. Sabol, SBN 251317

cc. Alliance Ventures (via email)

EXHIBIT E
26

**ACKNOWLEDGEMENT OF LETTER AND RECEIVING BANK-ACCOUNT DETAILS**

I, Joseph L. Venezio, ASG, II, LLC, hereby confirm receipt of the 5 June 2014 letter from the Law Office of Cristopher G. Sabol, Esq. regarding the Verto AL 1 project and payment options offered by Alliance Ventures.

The banking details for the transfer of the aforementioned funds are as follows:

Accountholder _____Alexander Strateby Group_____
Address _____
Bank Name _____BANK of AMERICA_____
Address _____7TH STreet, Frederick MD_____
Account No. _____003918166347_____
Routing No. _____052001633_____
Bank Rep./Wire Dept. Tel. No. _____

Accountholder _____
Address _____
Bank Name _____
Address _____
Account No. _____
Routing No. _____
Bank Rep./Wire Dept. Tel. No. _____

Date: _____6/6/14_____

_____
Joseph L. Venezio, Managing Member
ASG, II, LLC

2