**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** <u>CV 15-01149 SJO (FFMx)</u>    **DATE:** <u>June 12, 2015</u>

**TITLE:** <u>Alexander Strategies Group II, LLC v. New Age Innovations, LLC et al.</u>

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                              Not Present
Courtroom Clerk                               Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**            **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                   Not Present

========================================================================
**PROCEEDINGS (in chambers): JUDGMENT ON PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** [Docket No. 24]

This matter is before the Court on Alexander Strategies Group II, LLC's ("Plaintiff" or "ASG") Application for Default Judgment ("Application") against Defendants New Age Innovations, LLC ("Alliance") and Eugene Maillard (collectively, "Defendants"), filed May 15, 2015. The operative complaint is Plaintiff's First Amended Complaint, filed March 4, 2015. (First Am. Compl. ("FAC"), ECF No. 13.) The Court has issued an Order granting default judgment to Plaintiff. In view of the Court's default judgment order, and good cause having been shown, it is hereby ORDERED and ADJUDGED that ASG recover from Defendants, jointly and severally, as follows:

1. Compensatory damages in the amount of $234,780.00;
2. Costs in accordance with Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54 of the Local Rules of this Court;
3. Attorney's fees in the amount of $8,295.60; and
4. Post-judgment interest in accordance with 28 U.S.C. § 1961.

IT IS SO ADJUDGED.