UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
6/23/15
CENTRAL DISTRICT OF CALIFORNIA
BY: C S  DEPUTY

## NOTICE OF DEFICIENCY WRITS OF EXECUTION AND ABSTRACT OF JUDGMENTS

Reference document(s) submitted on 6/23/15 for case number CV15-1149-SJO FFMx.

The document(s) submitted to the clerk's office for filing does not comply with the Federal Rules of Civil Procedure and is deficient for the reason(s) checked below. The document(s) is being returned to you for correction. Please return this form with the corrected document(s) when returned to the clerk's office for filing.

- ☐ Writ/Abstract must contain the names and addresses of judgment debtors.

- ☐ Entered date of Writ/Abstract is incorrect (refer to docket).

- ☐ Judgment amount and date entered do not coincide with amount and date of abstract.

- ☑ If there are no amounts for Principal, Interest, Costs and/or Attorney Fees, please enter -0- on each line.

- ☐ Original writ of execution must be returned by United States Marshal prior to issuance of an alias writ.

- ☐ Abstract does not indicate "jointly and severally" where appropriate (refer to judgment).

- ☐ Please leave attested date blank.

- ☐ Please indicate judgment debtor's driver's license and social security number or place an "X" in the unknown box.

- ☐ Other:

PLEASE ATTACH THIS PLEADING DEFICIENCY FORM TO YOUR DOCUMENT(S) WHEN THE CORRECTIONS ARE SUBMITTED.

CLERK OF COURT,

By: C. Sawyer   Date: 6/23/15
    Deputy Clerk

WHEN RECORDED MAIL TO:
Ron S. Brand, Esq.
Jackson DeMarco Tidus & Peckenpaugh
2030 Main Street, 12th Floor
Irvine, CA 92614
Telephone: 949.752.8585
Facsimile: 949.752.0597
Email: rbrand@jdtplaw.com



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEXANDER STRATEGIES GROUP II, LLC | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 2:15-cv-01149-SJO-FFM |
| NEW AGE INNOVATIONS, LLC, etc., et al. DEFENDANT(S). | **ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on June 12, 2015
in favor of Plaintiff Alexander Strategies Group II, LLC, a Maryland limited liability company
whose address is 4410 Mountville Road, Frederick, MD 21703
and against Defendant New Age Innovations, LLC, a California limited liability company
whose last known address is 23430 Hawthorne Boulevard, Suite 290, Torrance, CA 90505
for $234,780.00            Principal, $ _____ Interest, $ _____ Costs,
and $8,295.60              Attorney Fees.

ATTESTED this ____19th____ day of June _____, 20_15_.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☐ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

2627 Basil Lane
Los Angeles, CA 90077

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)         ABSTRACT OF JUDGMENT/ORDER



WHEN RECORDED MAIL TO:
Ron S. Brand, Esq.
Jackson DeMarco Tidus & Peckenpaugh
2030 Main Street, 12th Floor
Irvine, CA 92614
Telephone: 949.752.8585
Facsimile: 949.752.0597
Email: rbrand@jdtplaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STRATEGIES GROUP II, LLC <br><br> PLAINTIFF(S), <br> v. <br><br> NEW AGE INNOVATIONS, LLC, etc., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 2:15-cv-01149-SJO-FFM <br><br> **ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on June 12, 2015
in favor of Plaintiff Alexander Strategies Group II, LLC, a Maryland limited liability company
whose address is 4410 Mountville Road, Frederick, MD 21703
and against Defendant Eugene Maillard
whose last known address is 2627 Basil Lane, Los Angeles, CA 90077
for $234,780.00        Principal, $ _____ Interest, $ _____ Costs,
and $8,295.60          Attorney Fees.

ATTESTED this ____19th____ day of June _____, 20_15_.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; 5866 _____ (last 4 digits) ☐ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

2627 Basil Lane
Los Angeles, CA 90077

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)     ABSTRACT OF JUDGMENT/ORDER